UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 10-CR-00172-WFN |
| vs. | ) | ORDER OF DISMISSAL WITH PREJUDICE |
| MONICO MACIEL-PACHECO, | ) | |
| Defendant. | ) | |

Leave of court is granted for the filing of the foregoing dismissal with prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

DATED this  16th  day of May, 2011.

s/ Wm. Fremming Nielsen

Wm. Fremming Nielsen
Senior United States District Judge

ORDER OF DISMISSAL
WITH PREJUDICE

P10512JJ.PBB.wpd